IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERMAIN D. EVANS**                                                                                     **PLAINTIFF**

**V.**                                           **NO. 4:22-cv-00458-JM**

**DAVID BEVIS, individually and in his
official capacities; CITY OF RUSSELLVILLE,
a Municipal Corporation and Public Body
Corporate and Politic; CHRIS HARGETT
in his official capacity as Chief of Police,
Russellville Police Department;
JEFF HUMPHREY, in his individual
and official capacity**                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE